UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER J. HATCHETT, | ) | CIV. 12-5094-JLV |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| PENNINGTON COUNTY JAIL, | ) | |
| MILLER, Correctional Officer, | ) | |
| Pennington County Jail, in his | ) | |
| individual and official capacities; | ) | |
| EDWARDS, Correctional Officer, | ) | |
| Pennington County Jail; in his | ) | |
| individual and official capacities; | ) | |
| SGT. MUNSCH, Correctional | ) | |
| Officer, Pennington County Jail, in | ) | |
| his individual and official | ) | |
| capacities; CAPT. BROOKE HAGA, | ) | |
| Captain, Pennington County Jail, | ) | |
| in her individual and official | ) | |
| capacities. | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the court's order of September 30, 2014 (Docket 34), it is

hereby

ORDERED, ADJUDGED AND DECREED that judgment is entered in

favor of defendants and against plaintiff Christopher J. Hatchett.

Dated September 30, 2014.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE